**Order entered August 1, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00772-CV

### PATRICK DAUGHERTY, Appellant

### V.

### HIGHLAND CAPITAL MANAGEMENT, L.P., ET AL., Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04005**

## ORDER
Before Justices Whitehill, Molberg, and Nowell

Before the Court is appellant's motion requesting the transfer of the clerk's and reporter's records filed in appellate cause number 05-17-01115-CV into this appeal. Some of those records contain or reference a deposition that has now been sealed. From our review of those records, it appears the supplemental clerk's record filed on October 11, 2017 and volumes one through eight of the reporter's record filed on March 25, 2018 neither contain nor reference the now sealed deposition. Accordingly, we **GRANT** the motion as follows. We **DIRECT** the Clerk of this Court to transfer the supplemental clerk's record filed on October 11, 2017 and volumes one through eight of the reporter's record filed on March 25, 2018 in appellate cause number 05-17-01115-CV into this appeal. In all other respects, the motion is **DENIED**.

/s/     BILL WHITEHILL
           JUSTICE